UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAGDISH MEHTA,<br><br>    Plaintiff<br><br>v.<br><br>PRICECOSTCO INTERNATIONAL, INC., et al.,<br><br>    Defendants | Case No.: 2:20-cv-01550-APG-DJA<br><br>**Order to Show Cause Why This Action Should Not Be Remanded for Lack of Subject Matter Jurisdiction** |

In light of Costco Wholesale Corporation's response (ECF No. 8) to my order to show cause, I deem the order to show cause (ECF No. 7) satisfied and I will not remand for lack of subject matter jurisdiction at this time. However, the parties remain responsible for establishing subject matter jurisdiction exists in this case prior to entry of final judgment.

DATED this 25th day of August, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE