# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAGDISH MEHTA, | Case No. 2:20-cv-01550-APG-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| NUTRIBULLET, L.L.C., et al. | |
| Defendants. | |

This matter is before the Court on Defendant's Proposed Discovery Plan and Scheduling Order (ECF No. 12), filed on October 5, 2020.  It is also before the Court on Plaintiff's Proposed Discovery Plan and Scheduling Order (ECF No. 13), filed on October 5, 2020.

The Court has reviewed the plans and finds that they do not comply with Local Rule ("LR") 26-1.  LR 26-1(a) provides that "the parties must submit a stipulated discovery plan and scheduling order."  To the extent the parties have a disagreement on the terms, then they are required to include "a statement of each party's position on each point in dispute" **in one stipulated discovery plan**.  Here, the parties' plans appear to set forth identical deadlines and the Court cannot determine why the parties filed individual plans.  Therefore, the Court will deny both party's one-sided discovery plans that fail to comply with LR 26-1.

Based on the foregoing and good cause appearing therefore,

IT IS THEREFORE ORDERED that Defendant's Proposed Discovery Plan and Scheduling Order (ECF No. 12) is **denied**.

IT IS FURTHER ORDERED that Plaintiff's Proposed Discovery Plan and Scheduling Order (ECF No. 13) is **denied**.

IT IS FURTHER ORDERED that the following dates shall govern discovery:

1. Discovery cutoff                                                                     August 23, 2021

| | | | |
|---|---|---|---|
| 2. | Motions to amend pleadings and add parties | | May 25, 2021 |
| 3. | Expert designations | | June 24, 2021 |
| 4. | Rebuttal expert designations | | July 23, 2021 |
| 5. | Dispositive motions | | September 22, 2021 |
| 7. | Joint pretrial order | | October 22, 2021 |

IT IS FURTHER ORDERED that any subsequent motion or stipulation to extend discovery deadlines subject to the discovery plan and schedule order must comply with LR 26-3 and set forth good cause or excusable neglect for the requested extension.

DATED: October 6, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE