MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
mfederico@ocgas.com
Attorney for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAGDISH MEHTA, | CASE NO.: 2:20-cv-01550-APG-DJA |
| Plaintiff(s), | |
| vs. | |
| NUTRIBULLET, L.L.C., a California Limited Liability Company; CAPITAL BRANDS, L.L.C., a California Limited Liability Company; HOMELAND HOUSEWARES, L.L.C., a California Limited Liability Company; CALL TO ACTION, L.L.C., a California Limited Liability Company; NUTRILIVING, L.L.C., A California Limited Liability Company; PRICECOSTCO INTERNATIONAL, INC., a Nevada Corporation, | **STIPULATION AND ORDER FOR DISMISSAL OF CROSS-CLAIMANT'S CROSS-CLAIM** |
| Defendant. | |
| COSTCO WHOLESALE CORPORATION, | |
| Cross-Claimant, | |
| vs. | |
| HOMELAND HOUSEWARES, L.L.C., a California Limited Liability Company, and ROES I through X, inclusive, | |
| Cross-Defendant | |

1

## STIPULATION AND ORDER FOR DISMISSAL
## OF CROSS-CLAIMANT'S CROSS-CLAIM

Cross-Claimant COSTCO WHOLESALE CORPORATION, by and through its attorney, MICHAEL A. FEDERICO, ESQ. of the law offices of OLSON CANNON GORMLEY & STOBERSKI, and Cross-Defendant HOMELAND HOUSEWARES, L.L.C., by and through its attorney, SHARON PARKER, ESQ. and JOSH AICKLEN, ESQ. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the Cross-Claim in the above-captioned action is hereby dismissed.

All parties are to bear their own costs, attorney's fees and expenses related hereto up through the present time.

**SO STIPULATED:**

DATED this 7th day of December, 2020.

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 5946
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
Attorney for Cross-Claimant
COSTCO WHOLESALE CORPORATION

DATED this ___ day of December, 2020.

LEWIS BRISBOIS BISGAARD & SMITH

JOSH AICKLEN, ESQ.
Nevada Bar No.: 7254
6385 S. Rainbow Blvd., #600
Las Vegas, NV 89118
Attorney for Cross-Defendant
HOMELAND HOUSEWARES, L.L.C.

///
///
///
///
///

2

## STIPULATION AND ORDER FOR DISMISSAL
## OF CROSS-CLAIMANT'S CROSS-CLAIM

Cross-Claimant COSTCO WHOLESALE CORPORATION, by and through its attorney, MICHAEL A. FEDERICO, ESQ. of the law offices of OLSON CANNON GORMLEY & STOBERSKI, and Cross-Defendant HOMELAND HOUSEWARES, L.L.C., by and through its attorney, SHARON PARKER, ESQ. and JOSH AICKLEN, ESQ. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the Cross-Claim in the above-captioned action is hereby dismissed.

All parties are to bear their own costs, attorney's fees and expenses related hereto up through the present time.

**SO STIPULATED:**

DATED this ___ day of December, 2020.

OLSON CANNON GORMLEY & STOBERSKI

_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 5946
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
Attorney for Cross-Claimant
COSTCO WHOLESALE CORPORATION

DATED this ___ day of December, 2020.

LEWIS BRISBOIS BISGAARD & SMITH

_____
JOSH AICKLEN, ESQ.
Nevada Bar No.: 7254
6385 S. Rainbow Blvd., #600
Las Vegas, NV 89118
Attorney for Cross-Defendant
HOMELAND HOUSEWARES, L.L.C.

///
///
///
///
///

2

*Stipulation and Order for Dismissal With Prejudice of Cross-Claim*
*Case No.: 2:20-cv-01550-APG-DJA*

## ORDER

Pursuant to the Stipulation of Dismissal of the Cross-Defendant, the Cross-Claim and any and all claims asserted by Cross-Claimant COSTCO WHOLESALE CORPORATION against Cross-Defendant HOMELAND HOUSEWARES, L.L.C. are hereby dismissed. All parties are to bear their own costs, attorney's fees and expenses related hereto up through the present time.

**IT IS SO ORDERED.**

DATED: December 7, 2020

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 5946
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
Attorney for Cross-Claimant

3