# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAGDISH MEHTA,<br><br>　　　Plaintiff<br><br>v.<br><br>NUTRIBULLET, LLC, et al.,<br><br>　　　Defendants | Case No.: 2:20-cv-01550-APG-DJA<br><br>**Order Accepting Report and Recommendation and Denying Motion for Leave to Amend**<br><br>[ECF Nos. 28, 31] |

On January 5, 2021, Magistrate Judge Albregts recommended that I deny plaintiff Jagdish Mehta's motion for leave to amend his complaint to add a new defendant who would destroy diversity jurisdiction if added. ECF No. 31. Mehta did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation **(ECF No. 31) is accepted**, and plaintiff Jagdish Mehta's motion for leave to amend **(ECF No. 28) is DENIED**.

DATED this 2nd day of February, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE